34,143-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 02 2015

Abel Acosta, Clerk

DATE: OCTOBER 28th, 2015

CLERK
TEXAS COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITAL STATION
AUSTIN TEXAS 78711

This document contains some
pages that are of poor quality
at the time of imaging.

RE: WRIT OF MANDAMUS

DEAR CLERK;

ENCLOSED PLEASE FIND AN ORIGINAL PETITION FOR WRIT
OF MANDAMUS TO BE FILED WITH THIS COURT AT THE
PROPER TIME.

YOUR ATTENTION IN THIS MATTER WILL BE GREATLY
APPRECIATED, THANK YOU.

DAVID ALDRETE # 1746698
ESTELLE UNIT 264 F.M 3478
HUNTSVILLE TEXAS 77320

DATE: OCTOBER 26th, 2015

OFFICE OF THE ATTORNEY GENERAL
SPECIAL COLLECTIONS UNIT #590
P.O. BOX 12027, ~~Austin~~
AUSTIN TEXAS 78711-2027
ATTENTION: B. SCHAFER
           M. IVERSON

ENCLOSED IS A COPY OF DAVID G. ALDERETE'S PETITION
FOR WRIT OF MANDAMUS FILED TO THE COURT OF
CRIMINAL APPEALS IN THE OAG CASE NO. 4620481081.

David G. Alderete
DAVID G. ALDERETE # 01746698
ESTELLE UNIT
264 F.M. 3478
HUNTSVILLE TEXAS 77320

| | |
|---|---|
| DAVID ALDERETE<br>PETITIONER | § IN THE COURT OF CRIMINAL |
| V. | § APPEALS OF TEXAS |
| OFFICE OF THE ATTORNEY<br>GENERAL OF TEXAS<br>RESPONDENT | § TRAVIS COUNTY, TEXAS |

## WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT;

COMES NOW DAVID G. ALDERETE, PETITIONER HEREIN AND RESPECTFULLY FILE THIS HIS WRIT OF MANDAMUS TO THIS COURT AND WOULD SHOW THIS COURT THE FOLLOWING;

## I. JURISDICTION

ARTICLE 4.04 OF THE CODE OF CRIMINAL PROCEDURE GIVE THIS COURT JURISDICTION TO HEAR THIS WRIT OF MANDAMUS ACCORDING TO [HOMAN V. HUGHES, 708 S.W.2d 449, 452 (TEX. CRIM. APP. 1986); "THIS COURT HAS JURISDICTION TO ISSUE WRITS OF MANDAMUS] "SEE ALSO [STATE EX REL. CURRY V. DAVIS, 689 S.W.2d 214, 215 (TEX. CRIM. APP. 1984)]

## II. STATEMENT OF CASE

4)

(A.) On or about April 17, 2015 Petitioner recieved a letter from B. Schaefer, and M. Iverson, Child Support Division, Special Collections Unit, a copy of which is enclosed as Attachment (A), this letter being sent to Office of Attorney General, Special Collections Unit 590, also a copy was sent to the Texas Department of Criminal Justice-Institutional Division, Inmate Trust Fund. Placing a lien on his account causing his account to be frozen.

(B) This letter was for Petitioner to Authorize the Release of $11,534.45 to the Office of the Attorney General of Texas from the funds held by said trust fund account of Petitioner, all the funds are "Awarded" to Petitioner, for "Disability Compensation" back pay from the Veterans Administration.

(c) Petitioner Refused to Release said above amount, as the Office of Attorney General has no Authority to Request the Inmate Trust Fund of Texas Department of Criminal Justice- I.D. to Request this. Attachment (B) clearly shows this. [H.B. 364 (2015-2016) 84th Legislature En-Grossed Texas House Bill 364]; In this Bill Section One, Section 157.162 Family Code is Amended by Adding Subsection (1)(b) to read as follows, (resulting from the Obligor's failure to comply with

(2)

A CHILD SUPPORT ORDER.)

(d) ALSO ATTACHMENT (C) CLEARLY SHOWS ON THE VETERAN'S FORM 21-8764, THE FIRST PARAGRAPH ON REVERSE SIDE STATES AS FOLLOWS; ("ARE YOUR BENEFITS EXEMPT FROM CLAIM OR CREDITORS?) COMPENSATION(DISABILITY) PAYMENTS ARE EXEMPT FROM CLAIMS OF CREDITORS. WITH CERTAIN EXCEPTIONS, THE PAYMENTS ARE NOT ASSIGNABLE AND ARE NOT SUBJECT TO ATTACHMENT, LEVY, OR SEIZURE EXCEPT AS TO CLAIMS OF THE UNITED STATES.

(e) PETITIONER HAS A COPY OF THE "FEDERAL BENEFITS FOR VETERANS DEPENDANTS AND SURVIVORS HAND-BOOK", PUBLISHED BY THE U.S. DEPARTMENT OF VETERANS AFFAIRS, 2014 EDITION. IN CHAPTER 2 TITLED "SERVICE-CONNECTED DISABILITIES, THE SECOND PARAGRAPH LAST SENTENCE CLEARLY STATES" (DISABILITY COMPENSATION BENIFITS" ARE NOT SUBJECT TO FEDERAL OR STATE TAX.) MuchLess, A Court Order Cause#c110389, Filed 6-11-86)

## III. STATUTE OF LIMITATIONS

PETITIONER ASSERTS THIS LIEN HAS BEEN PLACED ON HIS INMATE TRUST FUNDS ACCOUNT SINCE APRIL 17, 2015, CAUSING PETITIONER UNDUE HARDSHIP AND DEPRIVING HIM DUE PROCESS BY PETITIONER BEING DEPRIVED OF LIFE, LIBERTY, OR PROPERTY.

PROCEDURAL DUE PROCESS INVOLVES "TWO STEPS"

(3)

FIRST, WHETHER THERE EXISTS A LIBERTY OR PROPERTY INTEREST, AND SECOND, EXAMINES WHETHER THE PROCESS PROCEDURES ATTENDENT UPON THAT DEPRIVATION ARE CONSTITUTIONALLY SUFFICIENT.

ALSO PETITIONER CONTENDS THIS IS AN OLD COURT ORDER, FROM 1986 IN CAUSE NO. C-110389 AND THE CHILDREN WHICH IT REFERS TO ARE NOW GROWN AND PETITIONER HAS NO CONTACT WITH, WHERE BY THE STATUTE OF LIMITATIONS FROM JUNE 11, 1986 UNTIL PRESENT OCTOBER 2015 IS ALMOST 30 YEARS. CLEARLY THE STATUTES OF LIMITATION'S HAS EXPIRED.

IV   MANDAMUS AN EXTRAORDINARY REMEDY

THE STATUTORY AUTHORITY FOR MANDAMUS IS FOUND IN FEDERAL LAW IN THE ALL WRITS ACT, 28 U.S.C. § 1651 AND UNDER 28 U.S.C. § 1361 AUTHORIZING UNITED STATES DISTRICT COURTS TO HAVE ORIGINAL JURISDICTION TO HEAR ACTIONS BROUGHT TO COMPEL AN OFFICER OF THE UNITED STATES TO PERFORM HIS DUTY. GENERALLY, MANDAMUS MAY BE DEFINED AS A COMMAND OR ORDER ISSUEING FROM A COURT OF LAW DIRECTED TO SOME INFERIOR COURT, AGENCY, BOARD, CORPORATION, OR PERSON REQUIRING THE PERFORMANCE OF A PARTICULAR DUTY, WHICH RESULTS FROM THE OFFICIAL STATION OF THE PARTY TO WHOM THE WRIT IS DIRECTED OR FROM THE OPERATION OF POSITIVE LAW.

An examination of the remedy available in the form of mandamus must start with the oft-repeated observations that it is a "drastic" remedy only to be invoked in "extraordinary" situations. [In Re Don Hamilton Oil Co., 783 F.2d 151 (8th Cir. 1986)

## Conclusion

Petitioner will show he has diligently tried through correspondence to numerous agencies (enclosed letter to Inmate Trust Fund) As Attachment (D)) to resolve this issue but has been uncessfull whereby causing petitioner to file this writ of mandamus.

## Prayer

Wherefore premises considered, petitioner respectfully request this court to issue an order to the office of the Attorney General of Texas, Special Collections Unit #590, P.O. Box 12027, Austin Texas, Attention B. Schaefer, and M. Iverson, to Remove the Lean placed on petitioners inmate trust fund account immediately.

Respectfully Submitted

David Alderete #01746698

(5)

ESTELLE UNIT
264 F.M. 3478
HUNTSVILLE TEXAS
77320

Declaration

I, David Alderete, state under penalty of perjury that the above writ of Mandamus is true and correct to the best of my knowledge. Dated this the 28th day of October 2015.

David Alderete

Certificate of Service

I, David Alderete, Petitioner Herein states under penalty of perjury that a copy of Writ of Mandamus has been sent to the Office of the Attorney General, Special Collections Unit #590, P.D. Box 12027, Austin Texas 78711-2027 by placing the same in the United States Mail postage prepaid on this 28th day of October, 2015.

David Alderete
David Alderete #1744698
Estelle Unit
264 F.M. 3478
Huntsville Texas 77320

(6)

## AUTHORIZATION FOR RELEASE OF FUNDS

TO:  Office of the Attorney General, Special Collections Unit 590

AND TO:  TDCJ Inmate Trust Fund

RE:  Account Number: TDCJ#  *01746698*
Account Holder:  *DAVID G ALDERETE*
OAG Case Number:  *4620481081*
AG Unit(s):  0219E

*V.A.*
*(Disability Compensation Check#*
*4030 37794 358 )*
*Amount on Inmate Trust Fund*
*4/17/2015  ($15,335.19)*

I, *DAVID G ALDERETE*, hereby authorize the release of **$ 11,534.45** to the Office of the Attorney General of Texas from the funds being held by the TDCJ Inmate Trust Fund.

SIGNED: _____     DATE: _____
*DAVID G ALDERETE*

SOCIAL SECURITY NUMBER:     xxx-xx-8108

SIGNED: _____     DATE: <u>April 17, 2015</u>
B. Schaefer
M. Iverson

Child Support Division

Special Collections Unit

ATTENTION: Inmate Trust Fund Supervisor
Ms. CHARLIE Gongora.
ONLY  Sept 17, 2015

My Name is DAVID C. Alcorta. I am presently incarcerated at The Estelle Unit, in Huntsville. Tx.

My Reason for Writing you Ms. Gongora, is to give Notice of forthcoming Litigation. My Inmate Trust Fund Has A Lein, Due To Child Support. House Bill 364 Negates the Lein. Furthermore, My entire "Inmate Trust Fund" Monies Are from the Veteran's Administration, Disability Compensation Award. (V.A Form 21-8764 Enclosed) All $15,335.19 Are V.A. Awarded Monies. H.B. 364 - V.A. 8764, Are Legal Remedies Stricking Down Lein Immediately. Avoid.
This Letter Will Serve As Evidence that your OFFICE, (Inmate Trust Fund) Was Informed. David Alcorta

Your Attention to this important Matter will be greatly Appreciated Ms. Gongora.

David G. Alcorta

C.C. - V.A.                    # 1746648
C.C. - Sen. C. Ulesti         264 FN 3478
C.C. - Petras Law Firm        Estelle Unit

Inmate Trust Fund Is Not the     Huntsville, Tx. 77320
source of the lien, that Would be the Attorney General's ofc.
Your complaints needs to be sent to their office.

Attachment D
(1)



# LEGISCAN  *J.A.G. — Copy*

# Bill Text: TX HB364 | 2015-2016 | 84th Legislature | Engrossed
# Texas House Bill 364 *(In Recess)*

**Bill Title:** Relating to the child support obligation of an obligor during the obligor's confinement in jail or prison.

**Spectrum:** Partisan Bill (Democrat 2-0)

**Status:** *(Engrossed)* 2015-05-21 - Referred to State Affairs [HB364 Detail]

**Download:** Texas-2015-HB364-Engrossed.html

84R19859 KSD-D

By: Dutton, Guillen        H.B. No. 364

*ATTACHMENT B.*

A BILL TO BE ENTITLED

AN ACT

relating to the child support obligation of an obligor during the obligor's confinement in jail or prison.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

SECTION 1.  Section 157.162, Family Code, is amended by adding Subsection (d) to read as follows:

(d)  The court may not find a respondent in contempt of court for failure to pay child support if the respondent or the respondent's attorney appears at the hearing with evidence satisfactory to the court showing that:

(1)  the unpaid child support accrued during the obligor's confinement in a local, state, or federal jail or prison for a period of at least 90 consecutive days, other than *(Inmate David G. Alderete confined since Oct 3rd, 2011)* confinement:

(A)  for an offense constituting an act of family violence, as defined by Section 71.004, committed against the obligee or a child covered by the child support order; or

(B)  resulting from the obligor's failure to comply with a child support order; and

(2)  the obligor did not have sufficient resources available to comply with the child support order during the period of the obligor's confinement.

SECTION 2.  Section 157.162(d), Family Code, as added by this Act, applies to a hearing to enforce an order in a suit affecting the parent-child relationship that commences on or after the effective date of this Act. A hearing that commences before the effective date of this Act is governed by the law in effect on the date the hearing commenced, and the former law is continued in

*"Please Return"*

effect for that purpose.

SECTION 3.   This Act takes effect September 1, 2015.



**Department of Veterans Affairs**

David Garza Alderete
XX-XXX-969

*J.A.G. Copy*

## DISABILITY COMPENSATION AWARD ATTACHMENT
## IMPORTANT INFORMATION

### WHEN WILL YOU RECEIVE YOUR FUNDS?
Depending on whether you elect to receive your monthly compensation by check or direct deposit, you should receive your funds within 15 days. Thereafter, your payments will be made at the beginning of each month for the prior month.

### HOW CAN YOU RECEIVE HOSPITALIZATION AND OUTPATIENT TREATMENT?
Veterans who have one or more service-connected disabilities as determined by the Veterans Benefits Administration are eligible for medical care through the VA health care system. If you are interested in obtaining VA medical care, you may contact your nearest VA health care facility or the VA Health Revenue Center at 1-877-222-8387.

### HOW CAN YOU RECEIVE DENTAL TREATMENT?
If you are evaluated as 100% disabled for service-connected disabilities or as 100% disabled because of Individual Unemployability, you may be eligible for VA dental treatment. For additional information, contact your nearest VA medical center or outpatient Clinic. You can find the address of your closest VA medical center or facility by going to the VA internet website **http://www.va.gov/directory**.

### HOW CAN YOU RECEIVE ADDITIONAL COMPENSATION FOR DEPENDENTS?
Veterans having a 30% or more service-connected evaluation may be entitled to additional compensation for a spouse, dependent parents, unmarried children under 18 (or under 23 if attending an approved school) or a child who became permanently incapable of self-support because of mental or physical defect prior to age 18. The additional benefit for a spouse is payable in a higher amount upon receipt of evidence establishing that the spouse is a patient in a nursing home or so disabled as to require the aid and attendance of another person.

### HOW CAN YOU RECEIVE INCREASED BENEFITS BASED ON INDIVIDUAL UNEMPLOYABILITY?
If your service-connected disabilities are seriously disabling to the extent that you are unable to secure and hold steady work/employment, you may apply to receive total disability. To apply for this benefit, you should contact the nearest VA office and complete VA Form 21-8940, "Veteran's Application for Increased Compensation Based on Unemployability," available on the VA forms website at **www.va.gov/vaforms**.

### HOW CAN YOU RECEIVE A CLOTHING ALLOWANCE?
You may be eligible for a clothing allowance if, because of a service-connected disability, you wear or use a prosthetic device or orthopedic appliance which tends to wear or tear clothing. You may also be eligible if a doctor has prescribed medication for a service-connected skin condition, and the medication causes irreparable damage to your outer garments. To apply for this benefit, contact the Prosthetic and Sensory Aids Service at your nearest VA medical center or outpatient clinic. The address of your closest VA medical center or facility is available on the VA internet website **http://www.va.gov/directory**.

### HOW CAN YOU RECEIVE EDUCATIONAL BENEFITS?
A monthly educational assistance allowance is payable to certain veterans. Each program has unique eligibility criteria specified by law, and only one program can be used at any given time. If you need help with your VA education benefits, you can call toll-free 1-888-442-4551 or visit the VA national education website at **http://www.gibill.va.gov**.

### HOW CAN YOU RECEIVE GOVERNMENT LIFE INSURANCE?
If you receive a rating for a **new** service-connected disability (even 0%), you may be eligible for Government life insurance if you are in good health (except for service-connected conditions) and apply within two years of this notification of your new disability rating. Call our toll-free number 1-800-669-8477 or visit our website **http://www.insurance.va.gov** for further information about Service-Disabled Veterans Insurance.

VA FORM
MAY 2009  **21-8764**

SUPERSEDES VA FORM 21-8764, FEB 2004,
WHICH WILL NOT BE USED.

*(See reverse)*

J.A.G—COPY      CHild LEIN?

## ARE YOUR BENEFITS EXEMPT FROM CLAIMS OR CREDITORS?

Compensation payments are exempt from claims of creditors. With certain exceptions, the payments are not assignable and are not subject to attachment, levy or seizure except as to claims of the United States.

## HOW DO YOU REPORT A CHANGE OF ADDRESS OR DIRECT DEPOSIT?

Please notify us by calling our toll-free number at 1-877-838-2778.

## TO SEND ANY COMPLETED, SIGNED FORMS OR TO FURNISH ANY INFORMATION TO VA

You can obtain the address to mail VA any information or completed forms by calling toll-free 1-800-827-1000 (for the hearing impaired call 1-800-829-4833). You can also locate the address of the closest VA regional office on the Internet at http://www.va.gov/directory or in the Government pages of your telephone book under "United States Government, Veterans."

## HOW DO I FIND OUT ABOUT STATE OR LOCAL BENEFITS FOR SERVICE-CONNECTED VETERANS?

You should contact your State or local office of veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible as a veteran (or surviving dependent of a veteran). State offices of veterans' affairs are available at http://www.va.gov/statedva.htm. You should also contact your local tax assessor's office to ask if you are entitled to any personal or property tax relief.

## AM I ELIGIBLE FOR COMMISSARY AND EXCHANGE PRIVILEGES?

Honorably discharged veterans evaluated as 100 percent disabled due to service-connected disability, Medal of Honor recipients or, military retirees and their dependents may qualify for Armed Forces Commissary and Exchange privileges.

## WHAT CONDITIONS AFFECT RIGHT TO PAYMENTS?

1. Your award of disability compensation is subject to future adjustment upon receipt of evidence showing any change in the degree of disability.

2. Your payments may also be affected by any of the following circumstances which you must promptly call to our attention.

  a. Reentrance into active military or naval service.
  b. Receipt of armed forces service retirement pay, unless your retirement pay has been reduced because of award of disability compensation.
  c. Receipt of benefits from the Office of Federal Employees Compensation.
  d. Receipt of active duty or drill pay as a reservist or member of the Federally recognized National Guard.

3. If you have a disability rating of 30% or more, you must promptly advise us of any change in the status of your dependents.

4. If your award includes special monthly compensation due to the need for aid and attendance, this additional allowance is generally subject to reduction from the first day of the second calendar month of admission to hospitalization, nursing home or domiciliary care at VA expense.

5. Benefits will be reduced upon incarceration in a Federal, State or local penal institution in excess of 60 days for conviction of a felony. The amount not payable may be apportioned to a spouse, dependent children or parents.

6. Monthly payments of your award may be stopped if you fail to furnish evidence as requested, fail to cooperate or submit to a VA examination when requested, or if you furnish VA, or cause to be furnished, any false or fraudulent evidence.

7. Information submitted is subject to verification through computer matching programs with other agencies.

8. The law provides severe penalties, which include fine, imprisonment, or both, for the fraudulent acceptance of any payment to which you are not entitled.

## IMPORTANT

Please notify VA *immediately* if there is a change in any condition affecting your right to continued payments. Failure to notify us of these changes immediately may result in a debt that you will have to repay.

VA FORM 21-8764, May 2009